Filed: 5/20/2015 3:32:42 PM
Susan Jackson
District Clerk
Kendall County, Texas

NO. 12-066

| | | |
|---|---|---|
| DRILLING RISK MANAGEMENT, INC. | § § § | IN THE DISTRICT COURT |
| Plaintiff | § § § | FILED IN 4th COURT OF APPEALS SAN ANTONIO, TEXAS 05/21/2015 8:32:36 AM KEITH E. HOTTLE Clerk |
| v. | § § | KENDALL COUNTY, TEXAS |
| GEMINI INSURANCE COMPANY and BERKLEY OIL & GAS SPECIALTY SERVICES, LLC, | § § § § § | |
| Defendants | § | 216TH JUDICIAL DISTRICT |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC file this notice of appeal and show the Court the following:

1. This appeal is from the 216th Judicial District of Kendall County, Texas, the Honorable Bill Palmer presiding.

2. The style of the case in the trial Court is No. 12-066; *Drilling Risk Management, Inc. v. Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC.*

3. Defendants desire to appeal from the Court's Final Judgment, signed February 20, 2015, together with all orders in this matter and rulings by operation of law, including this Court's orders on motions for summary judgment, and post-verdict and post-judgment motions.

4. Defendants are appealing to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,
**WRIGHT & CLOSE, LLP**

/s/ *R. Russell Hollenbeck*
Thomas C. Wright
State Bar No. 22059400
wright@wrightclose.com
R. Russell Hollenbeck
State Bar No. 00790901
hollenbeck@wrightclose.com
Andrea G. Tindall
State Bar No. 24079467
tindall@wrightclose.com
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (fax)


**HALL MAINES LUGRIN, P.C.**
George H. Lugrin, IV
State Bar No. 00787930
glugrin@hallmaineslugrin.com
Reece Rondon
State Bar No. 00794559
rrondon@hallmaineslugrin.com
Amanda J. Kujda
State Bar No. 24053565
akujda@hallmaineslugrin.com
Williams Tower, 64th Floor
2800 Post Oak Blvd.
Houston, Texas  77056
(713) 871-9000
(713) 871-8962 (fax)

*Attorneys For Defendants,*
*Gemini Insurance Company and*
*Berkley Oil and Gas Specialty Services, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all known counsel of record via email, facsimile, or certified mail, return receipt requested, on May 20, 2015.

Steve Skarnulis
skarnulis@cstrial.com
Charles J. Cain
ccain@cstrial.com
**CAIN & SKARNULIS, LLP**
400 West 15th Street, Suite 900
Austin, Texas 78701
(512) 477-5000
(512) 477-5011 (fax)

Catherine M. Stone
cstone@langleybanack.com
**LANGLEY & BANACK, INC.**
745 E. Mulberry Avenue, Suite 900
San Antonio, Texas 78212
(210) 736-6600
(210) 735-6889 (fax)

*Attorneys for Plaintiff, DRMI*

/s/ *R. Russell Hollenbeck*
R. Russell Hollenbeck

3